IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:14CV181 |
| Plaintiff, | : | (Judge Rice) |
| v. | : | |
| (1) ACCOUNT #******4080, GE CAPITAL BANK, IN THE NAME OF WILSON BARANGIRANA, IN THE AMOUNT OF $200,452.94, et al., | : : : | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS [DOCKET #8]** |
| Defendants. | : | |

This matter is before the Court upon the Joint Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution. Plaintiff and Claimants jointly assert that civil discovery would adversely affect the ability of the United States to conduct a related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect and jeopardize the related criminal investigation and prosecution.

THEREFORE, it is HEREBY ORDERED THAT:

The Joint Motion to Stay Proceedings is granted, and this case, including the Claimant's filing of a responsive pleading and all civil discovery shall be stayed until further order of this Court.

The United States shall file quarterly Status Reports.

_____
Walter Herbert Rice
United States District Judge